# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1042

_____

|  |  |  |
|---|---|---|
| Village of Riverview, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Keith A. Crawford, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: June 6, 2001

Filed: June 11, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Keith A. Crawford was charged by Village of Riverview with nuisance violations. Relying on 28 U.S.C. § 1443, he filed a petition seeking removal of the proceeding to federal court, complaining that the municipal court to which he had been summoned "refuses to recognize his equal civil rights."

The district court[1] dismissed Mr. Crawford's petition for removal under 28 U.S.C. § 1915(e)(2)(B), concluding that section 1443(1) applies only to cases involving racial inequality and that Crawford had made no such showing. We agree. See Georgia v. Rachel, 384 U.S. 780, 800 (1966) ("Removal is warranted only if it can be predicted by reference to a law of general application that the defendant will be denied or cannot enforce the specified federal rights in the state courts."); Neal v. Wilson, 112 F.3d 351, 355 (8th Cir. 1997) (to remove under § 1443 defendant must rely on law providing for equal civil rights stated in terms of racial equality).

Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.